# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK WAKEFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 07cv0800 |
| | ) | |
| OFFICER KEVIN WRIGHT and | ) | |
| CHIEF HOWARD KIFER, of the Glassport | ) | |
| Police Department; and | ) | |
| KATY HANDRA, Glassport Pool Manager; | ) | |
| as well as the BOROUGH OF GLASSPORT, | ) | |
| a municipal corporation; and | ) | |
| LIEUTENANT TIMOTHY CONBOY; AND | ) | |
| CHIEF KENNETH HOLLAND, of the | ) | |
| Dravosburg Police Department; | ) | |
| as well as the | ) | |
| BOROUGH OF DRAVOSBURG, a municipal | ) | |
| corporation; | ) | |
| In all Official and Personal Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

Presently pending before the Court are the following:

• MOTION TO DISMISS PLAINTIFF'S COMPLAINT filed by Defendants Borough of Dravosburg, Lieutenant Timothy Conboy and Chief Kenneth Holland, with brief in support (Document Nos. 3 and 4, respectively); and

• MOTION TO AMEND COMPLAINT filed by Plaintiff, Frank Wakefield (Document No. 5).

To date, Defendants have not filed a responsive pleading in this matter. Thus, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff's Motion is **GRANTED** and the First Amended Complaint is deemed filed.

Furthermore, the Motion to Dismiss Plaintiff's Complaint is **DENIED AS MOOT.**

It is further **ORDERED** that the caption of this matter is amended as follows:

| | | |
|---|---|---|
| FRANK WAKEFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 07cv0800 |
| | ) | |
| OFFICER KEVIN WRIGHT and | ) | |
| CHIEF HOWARD KIFER, of the Glassport | ) | |
| Police Department; and | ) | |
| KATY HANDRA, Glassport Pool Manager; | ) | |
| as well as the BOROUGH OF GLASSPORT, | ) | |
| a municipal corporation; | ) | |
| In all Official and Personal Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

So **ORDERED** this 4th day of December, 2007.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Frank Wakefield
2227 High Street
Glassport, PA 15045

George M. Evan, Esquire
Tighe, Evan, Ehrman, Schenck & Paras
Email: gmevan@teesp.com